No. 170. Ex parte Ramos, Peticionario.—Solicitud para que se apruebe la fianza notarial No. 3098 otorgada por la National Surety Company el 27 de junio de 1914 para garantir las funciones notariales del abogado Don José C. Ramos

en sustitución de la fianza personal otorgada por los Sres. Ramón Córdova Díaz y Raimundo Rodríguez y Rodríguez por escritura No. 75 de febrero 28, 1908, ante el Notario de San Juan Don Damián Monserrat Simó. Resuelto en septiembre 18, 1914. Aprobada dicha fianza. El peticionario compareció por escrito en nombre propio.